Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
VAKILI & LEUS, LLP
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822
Tel: 213/380-6010  |  Fax: 213/380-6051

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BX (BEIJING) TECHNOLOGY CO., LTD., a Chinese limited company,<br><br>Plaintiff(s),<br>v.<br>BOUSTEAD SECURITIES, LLC, a California limited liability company; BOUSTEAD & CO. LTD., formerly known as EDWARD BOUSTEAD & CO. LTD., a United Kingdom limited company; and DOES 1 to 10, inclusive,<br>Defendant(s). | CASE NUMBER<br><br>8:24-cv-639<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| March 29, 2024<br>Date | *[signature]*<br>Signature of Attorney/Party |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*