UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-00639-JVS-DFMx | Date | April 2, 2024 |
| Title | U-BX Beijing Technology Co., Ltd. v. Boustead Securities, LLC et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Erica Bustos for Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Notice of Voluntary Dismissal [10]**

The Court has read and considered Plaintiff's request for dismissal without prejudice.

Request is GRANTED and IT IS ORDERED that this action be and is hereby dismissed in its entirety.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |